Joe Calvert, BPR 024259
Calvert & Associates
1137 GreeenLea Blvd, B29
Gallatin, Tennessee 37066
1-877-225-8378
615-989-7929
mr.calvert@attorneys-counselors.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JAMES KENTON,<br><br>    Plaintiff,<br><br>   vs.<br><br>WSMV Channel Four ("WSMV") and john does one through ten inclusive being corporate or fictitious names or a parent company unknown to Plaintiff.<br><br>    Defendants. | **Case No.: 3:21-CV-00772** |

## NOTICE OF VOLUNTARY DISMISSAL

1

Comes now JAMES KENTON, Plaintiff, by and through Counsel, and gives notice of voluntary dismissal without prejudice absent an Answer having been interposed or a Motion for Summary Judgment to having been filed by defendant(s), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, of his Complaint in this action against WSMV Channel Four ("WSMV") and john does one through ten inclusive being corporate or fictitious names or a parent company unknown to Plaintiff.

Dated: January 24, 2022

Joe Calvert, BPR # 024259

By:_____

Joe Calvert

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of this Notice of Voluntary Dismissal was filed electronically using the Court's Electronic Case Filing (ECF) system. Notice of this filing is expected to be sent by operation of the Court's ECF system to the following counsel of record:

Robb S. Harvey, Esq.
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219

Dated: January 24, 2022

_____
Joe Calvert, # 024259

2